**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Robert P. DORFELD, II, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.
Decided Dec. 16, 2003.

*See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488 (2003).

### ORDER

PER CURIAM:

AND NOW, this 16 th day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AFFIRMED. *See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488 (2003).